UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JAMES MIHM,
on his own behalf and others
similarly situated,

    Plaintiff,

CASE NO.:  5:10-cv-352-Oc-10GRJ

v.

TOTAL MARKETING CONCEPTS, INC.,
a Florida corporation, and TOTAL
MARKETING TRAINING, INC., a Florida
 corporation,

    Defendants.
_____/

## PLAINTIFF'S MOTION FOR CLERK'S DEFAULT AGAINST DEFENDANTS

Plaintiff, JAMES MIHM, by and through the undersigned counsel and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, hereby moves for the entry of a default by the Clerk against Defendants, TOTAL MARKETING CONCEPTS, INC. and TOTAL MARKETING TRAINING, INC., and states:

1. On August 2, 2010, Plaintiff, JAMES MIHM, initiated this action pursuant to the Fair Labor Standards Act ("FLSA"), as amended, 29 U.S.C. § 216(b) to recover unpaid overtime wages and other relief from Defendants.  D.E. #1.

2. On August 17, 2010, Summonses and the Complaint were served upon TOTAL MARKETING CONCEPTS, INC. and TOTAL MARKETING TRAINING, INC.  See D.E.# 4 and D.E. # 5.

3. Pursuant to Rule 12 of the Federal Rules of Civil Procedure, TOTAL MARKETING CONCEPTS, INC. and TOTAL MARKETING TRAINING, INC., were required

to file a pleading in response to the Complaint within twenty-one (21) days of being served with the Complaint. As a result, Defendants' response to the Complaint was due by September 7, 2010.

4. As of September 10, 2010, however, TOTAL MARKETING CONCEPTS, INC. and TOTAL MARKETING TRAINING, INC. have failed to respond to the Complaint and have not moved for an enlargement of time to do so.

5. In light of the foregoing, Plaintiff respectfully requests the Clerk enter a default against TOTAL MARKETING CONCEPTS, INC. and TOTAL MARKETING TRAINING, INC.

WHEREFORE, Plaintiff, JAMES MIHM, respectfully requests the Clerk enter a default against Defendants, TOTAL MARKETING CONCEPTS, INC. and TOTAL MARKETING TRAINING, INC.

Dated: September 10, 2010
       Boca Raton, Florida

Respectfully submitted,

**/s/CAMAR R. JONES**
Gregg I. Shavitz, Esquire
E-mail: gshavitz@shavitzlaw.com
Florida Bar No. 11398
Camar R. Jones, Esquire
E-mail: cjones@shavitzlaw.com
Florida Bar No. 720291
Shavitz Law Group, P.A.
1515 S. Federal Highway, Suite 404
Boca Raton, Florida 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on September 10, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

                                                 **/s/CAMAR R. JONES**
                                                 Camar R. Jones

**SERVICE LIST**
**James Mihm v.  Total Marketing Concepts, Inc., et al**
**CASE NO.:  5:10-cv-352-Oc-10GRJ**
**United States District Court for the Middle District of Florida**


TOTAL MARKETING CONCEPTS, INC.
By serving Registered Agent Laura Skinner
684 S. Highway 1792
Longwood, FL 32750
Served via U.S. Mail

TOTAL MARKETING TRAINING, INC
By serving Registered Agent Laura Skinner
4395 St. Johns Parkway
Sanford, FL 32771
Served via U.S. Mail