**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**JAMES MIHM**, on his own behalf and others
similarly situated,

        Plaintiff,

-vs-                Case No.  5:10-cv-352-Oc-10GRJ

**TOTAL MARKETING CONCEPTS, INC.**, a
Florida corporation, **TOTAL MARKETING**
**TRAINING, INC.**, a Florida corporation,

        Defendants.
_____

**ENTRY OF DEFAULT**

  Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **Total Marketing Concepts, Inc. And Total Marketing Training, Inc.** in Ocala, Florida on this 13th day of September, 2010.

                SHERYL L. LOESCH, CLERK

                By: s/ *M. Taylor*, Deputy Clerk

Copies furnished to:

Counsel of Record